9/28/07
# 10007955

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X    Index No.: 112888-07

ANGELO DEMERI and DORIS DEMERI,
    Date Filed: 9/24/07

                              Plaintiff(s),
    Plaintiff Designates
    **NEW YORK**
    County as the Place of Trial

            -against-

    The Basis of Venue is
    Defendants' Place of Business

A.W. CHESTERTON COMPANY,
AMCHEM PRODUCTS, INC.,
    n/k/a RHONE POULENC AG COMPANY,
    n/k/a BAYER CROPSCIENCE INC.,    **SUMMONS**
AMERICAN STANDARD, INC.,
ANCHOR PACKING COMPANY,
AQUA-CHEM, INC.,
AURORA PUMP COMPANY,
BEAZER EAST, INC.,
    f/k/a KOPPERS INDUSTRIES,
BELL & GOSSETT COMPANY,
BMCE INC.,
    f/k/a UNITED CENTRIFUGAL PUMP,
BORDEN CHEMICAL, INC.,
BORDEN, INC.,
BORG WARNER INDUSTRIAL PRODUCTS,
    a/k/a BW/IP INTERNATIONAL,
BUFFALO PUMPS, INC.,
BURNHAM, LLC,
    Individually, and as successor to
    BURNHAM CORPORATION,
BW/IP INTERNATIONAL, INC.,
    f/k/a BORG WARNER INDUSTRIAL PRODUCTS
    successor  to BYRON JACKSON PUMPS,
CARRIER CORPORATION,
    Individually, and as successor in interest to
    BRYANT HEATING & COOLING SYSTEMS,
CBS CORPORATION, a Delaware Corporation,
    f/k/a VIACOM INC. successor by merger to CBS
    CORPORATION, a Pennsylvania Corporation,
    f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
CENTRAL HUDSON GAS & ELECTRIC,
CERTAIN TEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CONSOLIDATED EDISON COMPANY
    OF NEW YORK, INC.,
COURTER & COMPANY INCORPORATED,
CRANE CO.,
CRANE COMPANY,
    Individually and as successor to
    Mark Controls Corporation and as
    successor to Pacific Valves,

NEW YORK
COUNTY CLERK'S OFFICE

SEP 24 2007

NOT COMPARED
WITH COPY FILE

CRANE PUMPS & SYSTEMS, INC., WEINMAN DIVISION,
CRANE PUMPS & SYSTEMS, INC.,
    as successor to BURKS PUMPS, INC.,
CROLL REYNOLDS ENGINEERING CO., INC.,
DB RILEY, INC.,
DUNHAM-BUSH, INC.,
DURABLA MANUFACTURING COMPANY,
EASTERN REFRACTORIES COMPANY, INC.,
ECOLAIRE INCORPORATED,
ELLIOTT TURBOMACHINERY CO., INC.,
EMPIRE-ACE INSULATION MFG. CORP.,
FAIRBANKS-MORSE PUMP CORPORATION,
FEDERAL PUMP CORPORATION,
FOSTER WHEELER, L.L.C.,
GARDNER DENVER, INC.,
GARLOCK SEALING TECHNOLOGIES LLC,
   f/k/a GARLOCK INC.,
GENERAL ELECTRIC COMPANY,
GENERAL MOTORS CORPORATION,
GOODYEAR CANADA, INC.,
GOODYEAR TIRE AND RUBBER COMPANY,
GOULDS PUMPS, INC.,
H.B. FULLER COMPANY,
H.B. SMITH COMPANY, INCORPORATED,
HEXION SPECIALTY CHEMICALS, INC.,
   individually and a successor-on-interest to
    THE BORDEN'S CONDENSED MILK COMPANY,
    THE BORDEN COMPANY, BORDEN, INC. and
    BORDEN CHEMICAL, INC.,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
INTERNATIONAL BUSINESS MACHINES CORPORATION,
ITT INDUSTRIES INC.,
J.H. FRANCE REFRACTORIES COMPANY,
KARNAK CORPORATION,
KENNEDY VALVE MANUFACTURING Co., Inc.,
MILTON ROY COMPANY,
MINNESOTA MINING & MANUFACTURING COMPANY,
OAKFABCO, INC.,
ORANGE & ROCKLAND UTILITIES, INC.,
OWENS-ILLINOIS, INC.,
PATTERSON PUMP COMPANY,
PEERLESS INDUSTRIES, INC.,
PREMIER REFRACTORIES, INC.,
   f/k/a ADIENCE, INC., f/k/a BMI,
RAPID-AMERICAN CORPORATION,
RESEARCH CORPORATION,
RESEARCH-COTTRELL, INC.,
REXNORD CORPORATION,
   Individually, and as succesor to FALK CORPORATION,
REYNOLDS METALS COMPANY,
   Individually and as successor in interest to ATLANTIC

ASBESTOS CORP.,
ROBERT A. KEASBEY COMPANY,
SEQUOIA VENTURES, INC.,
    f/k/a BECHTEL CORPORATION,
THE FAIRBANKS COMPANY,
TREADWELL CORPORATION,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
UNITED CONVEYOR CORPORATION,
VIAD CORP., Individually, and as successor in interest to
    GRISCOM RUSSEL CO.,
WARREN PUMPS, INC.,
WEIL-MCLAIN,
    a division of THE MARLEY COMPANY,

                                      Defendants.
-------------------------------------------------------------------------X
To the above named Defendant(s)


    **You are hereby summoned** to answer the **verified** complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated, September 24, 2007
    New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

WEITZ & LUXENBERG, P.C.
Attorney(s) for Plaintiff
Post Office Address
180 Maiden Lane
New York, New York 10038
(212) 558-5500

## DEFENDANTS' RIDER

**A.W. CHESTERTON COMPANY**
Joseph E. Riley
225 Fallon Road
Stoneham, MA 02180

**AMCHEM PRODUCTS, INC.,**
  **n/k/a RHONE POULENC AG COMPANY,**
  **n/k/a BAYER CROPSCIENCE INC.**
41 State Street
Albany, NY 11207

**AMERICAN STANDARD, INC.**
Michele Corcoran, New Filings Manager
c/o PACE
1009 Lenox Drive, Bldg 4 Suite 101
Lawrenceville, NJ 08648

**ANCHOR PACKING COMPANY**
CT Corporation System
1635 Market Street
Philadelphia, PA 19103

**AQUA-CHEM, INC.**
7800 North 113th Street
Milwaukee, WI 53224

**AURORA PUMP COMPANY**
13515 Ballantyne Corporate Place
Charlotte, NC 28277

**BEAZER EAST, INC.,**
  **f/k/a KOPPERS INDUSTRIES**
One Oxford Centre, Suite 3000
Pittsburgh, PA 15219

**BELL & GOSSETT COMPANY**
8200 North Austin Avenue
Morton Grove, IL 60053

**BMCE INC.,**
  **f/k/a UNITED CENTRIFUGAL PUMP**
Weiner Lesniak LLP
Anna M. DiLonardo
888 Veterans Memorial Highway
Hauppague, NY 11788

**BORDEN CHEMICAL, INC.**
C/O THE PRENTICE-HALL CORPORATION SYSTEM, INC.
80 STATE STREET
Albany, NY 12207

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

**BORDEN, INC.**
180 E. BROAD STREET
Columbus, OH 43215-3709

**BORG WARNER INDUSTRIAL PRODUCTS,**
  **a/k/a BW/IP INTERNATIONAL**
Unknown at Present Time

**BUFFALO PUMPS, INC.**
874 OLIVER STREET
N. TONAWANDA, NY 14120

**BURNHAM, LLC,**
  **Individually, and as successor to**
  **BURNHAM CORPORATION**
1239 Harrisburg Pike
Lancaster, PA 17603

**BW/IP INTERNATIONAL, INC.,**
  **f/k/a BORG WARNER INDUSTRIAL PRODUCTS**
  **successor to BYRON JACKSON PUMPS**
200 South Michigan Avenue
Chicago, IL 60604

**CARRIER CORPORATION,**
  **Individually, and as successor in interest to**
  **BRYANT HEATING &**
  **COOLING SYSTEMS**
CT Corporation System
111 8th Avenue
New York, NY 10011

**CBS CORPORATION, a Delaware Corporation,**
  **f/k/a VIACOM INC. successor by merger to CBS**
  **CORPORATION, a Pennsylvania Corporation,**
  **f/k/a WESTINGHOUSE ELECTRIC CORPORATION**
Asbestos Litigation Support Manager
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Case Management & Technology Center
USX Towers
600 Grant Street
Pittsburgh, PA 15219

**CENTRAL HUDSON GAS & ELECTRIC**
Gas & Electric Corporation
284 South Avenue
Poughkeepsie, NY 12601

**CERTAIN TEED CORPORATION**
CT Corporation System
111 8th Avenue
New York, NY 10011

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

**CLEAVER BROOKS COMPANY, INC.**
11950 West Park Place
Milwaukee, WI 11270

**CONSOLIDATED EDISON COMPANY**
   **OF NEW YORK, INC.**
4 Irving Place
New York, NY 10003

**COURTER & COMPANY INCORPORATED**
McGivney, Kluger & Gannon
C/O Richard E. Leff, Esq.
80 Broad Street, 23rd Floor
New York, NY 10004

**CRANE CO.**
100 First Stamford Place
Stamford, CT 06902

**CRANE COMPANY,**
   **Individually and as successor to**
   **Mark Controls Corporation and as**
   **successor to Pacific Valves**
100 First Stamford Place
Stamford, CT 06902

**CRANE PUMPS & SYSTEMS, INC., WEINMAN DIVISION**
CT Corporation
1300 East Ninth Street
Cleveland , OH 44114

**CRANE PUMPS & SYSTEMS, INC.,**
   **as successor to BURKS PUMPS, INC.**
420 3rd Street
Piqua, OH 45356

**CROLL REYNOLDS ENGINEERING CO., INC.**
2400 Reservoir Avenue
Trumbull, CT 06611

**DB RILEY, INC.**
CT Corporation System
111 8th Avenue
New York, NY 10011

**DUNHAM-BUSH, INC.**
175 South Street
West Hartford, CT 06110-1928

**DURABLA MANUFACTURING COMPANY**
CLEMENTE, MUELLER & TOBIA, P.A.
218 Ridgedale Avenue
P.O. Box 1296
Morristown, NJ 07962

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

**EASTERN REFRACTORIES COMPANY, INC.**
McMAHON, MARTINE & GALLAGHER
90 Broad Street
14th Floor
New York, NY 10004

**ECOLAIRE INCORPORATED**
C.T. CORPORATION SYSTEMS
101 FEDERAL STREET
Boston, MA 02110

**ELLIOTT TURBOMACHINERY CO., INC.**
CT Corporation System
1515 Market Street
Philadelphia, PA 19103

**EMPIRE-ACE INSULATION MFG. CORP.**
c/o THE SECRETARY OF STATE
41 State Street
Albany, NY 12207

**FAIRBANKS-MORSE PUMP CORPORATION**
3601 Fairbanks Avenue
Kansas City, KS 66106

**FEDERAL PUMP CORPORATION**
Charles S. Bierner
WOLF, BLOCK, SCHORR & SOLIS-COHEN, LLP
250 Park Avenue
New York, NY 10177

**FOSTER WHEELER, L.L.C.**
Route 173 at Frontage Road
Clinton, NJ 08809

**GARDNER DENVER, INC.**
1800 Gardner Expressway
Quincy, IL 62301

**GARLOCK SEALING TECHNOLOGIES LLC,**
  **f/k/a GARLOCK INC.**
CT Corporation System
111 8th Avenue
New York, NY 10011

**GENERAL ELECTRIC COMPANY**
Electric Insurance Company
75 Sam Fonzo Drive
Beverly, MA 01915

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

**GENERAL MOTORS CORPORATION**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**GOODYEAR CANADA, INC.**
450 Kipling Avenue
Atobicoke, Ontario CANADA M8ZSE1

**GOODYEAR TIRE AND RUBBER COMPANY**
Corporation Service Company
1133 Avenue of the Americas
Suite 3100
New York, NY 10036

**GOULDS PUMPS, INC.**
240 Fall Street
Seneca Falls, NY 13148

**H.B. FULLER COMPANY**
Charles Becker, Esq.
Meagher & Geer
4200 Multifoods Tower
33 South Sixth Street
33 South Sixth Street
Minneapolis, MN 55402-3788

**H.B. SMITH COMPANY, INCORPORATED**
260 North Elm Street
Westfield, MA 01085

**HEXION SPECIALTY CHEMICALS, INC.,**
  **individually and a successor-on-interest to**
  **THE BORDEN'S CONDENSED MILK COMPANY,**
  **THE BORDEN COMPANY, BORDEN, INC. and**
  **BORDEN CHEMICAL, INC.**
180 E. BROAD STREET
Columbus, OH 43215-3709

**IMO INDUSTRIES, INC.**
997 Lenox Drive
Suite 111
Lawrenceville, NJ 08648

**INGERSOLL-RAND COMPANY**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**INTERNATIONAL BUSINESS MACHINES CORPORATION**
New Orchard Road
Armonk, NY 10504

**ITT INDUSTRIES INC.**
CT Corporation System
111 8th Avenue
New York, NY 10011

**J.H. FRANCE REFRACTORIES COMPANY**
SPECIAL CLAIMS SERVICES, INC.
809 Coshocton Avenue
Suite 1
Mount Vernon, OH 43050-1931

**KARNAK CORPORATION**
330 Central Avenue
Clark , NJ 07066

**KENNEDY VALVE MANUFACTURING Co., Inc.**
1021 East Water Street
Elmira, NY 14901

**MILTON ROY COMPANY**
201 Ivyland Road
Warminster, PA 18974

**MINNESOTA MINING & MANUFACTURING COMPANY**
CT Corporation System
111 8th Avenue
New York, NY 10011

**OAKFABCO, INC.**
705 McKnight Park Drive
Pittsburgh, PA

**ORANGE & ROCKLAND UTILITIES, INC.**
1 Blue Hill Plaza
Pearl River, NY 10965

**OWENS-ILLINOIS, INC.**
One Michael Owens Way
Perrysburg, OH 43551

**PATTERSON PUMP COMPANY**
9201 Ayersville Road
Toccoa, GA 30577-9033

**PEERLESS INDUSTRIES, INC.**
Carol Martindell
McGivney & Kluger, P.C
23 Vreeland Road, Suite 220

Florham Park, NJ 07932

**PREMIER REFRACTORIES, INC.,**
   **f/k/a ADIENCE, INC., f/k/a BMI**
Special Claims Services, Inc.
809 Coshocton Avenue, Suite 1
Attention: Donald E. Ward, President
Mount Vernon, OH 43050

**RAPID-AMERICAN CORPORATION**
2711 Centerville Road
Wilmington, DE 19808

**RESEARCH CORPORATION**
4703 East Camp Lowell Drive
Suite 201
Tucson, AZ 85712

**RESEARCH-COTTRELL, INC.**
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
New York, NY 10011

**REXNORD CORPORATION,**
   **Individually, and as succesor to FALK CORPORATION**

4701 W. Greenfield Avenue
Milwaukee, WI 53214

**REYNOLDS METALS COMPANY,**
   **Individually and as successor in interest to ATLANTIC ASBESTOS CORP.**
Lori Elliott Guzman, Esq.
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

**ROBERT A. KEASBEY COMPANY**
Weiner Lesniak LLP
Anna M. DiLonardo
888 Veterans Memorial Highway
Hauppague, NY 11788

**SEQUOIA VENTURES, INC.,**
   **f/k/a BECHTEL CORPORATION**
C/O Dan Moretti, Esq
120 Broadway, 27th Flr
New York, NY 12207

**THE FAIRBANKS COMPANY**
CT Corporation System (GA)
1201 Peachtree Street NE
Atlanta , GA 30361

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

**TREADWELL CORPORATION**
McGivney, Kluger & Gannon
C/O Richard E. Leff, Esq.
80 Broad Street, 23rd Floor
New York, NY 10004

**U.S. RUBBER COMPANY (UNIROYAL)**
c/o Frank Degrim, Esq.
GREENFIELD, STEIN & SENOIR
600 Third Avenue, 11th Floor
New York, NY 10016-1903

**UNION CARBIDE CORPORATION**
CT Corporation Systems
111 8th Avenue
New York, NY 10019

**UNITED CONVEYOR CORPORATION**
2100 Norman Drive West
Waukegan, IL 60085

**VIAD CORP., Individually, and as successor in interest to**
    **GRISCOM RUSSEL CO.**
1850 North Central Avenue, Viad Tower
Phoenix, AZ 85077

**WARREN PUMPS, INC.**
82 Bridges Avenue
Warren, MA 01083

**WEIL-MCLAIN,**
    **a division of THE MARLEY COMPANY**
500 Blaine Street
Michigan City, IN 46360

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------------X    Index No.:

ANGELO DEMERI and DORIS DEMERI,

Date Filed:

Plaintiff(s),

-against-

**VERIFIED
COMPLAINT**

A.W. CHESTERTON COMPANY,
AMCHEM PRODUCTS, INC.,
   n/k/a RHONE POULENC AG COMPANY,
   n/k/a BAYER CROPSCIENCE INC.,
AMERICAN STANDARD, INC.,
ANCHOR PACKING COMPANY,
AQUA-CHEM, INC.,
AURORA PUMP COMPANY,
BEAZER EAST, INC.,
   f/k/a KOPPERS INDUSTRIES,
BELL & GOSSETT COMPANY,
BMCE INC.,
   f/k/a UNITED CENTRIFUGAL PUMP,
BORDEN CHEMICAL, INC.,
BORDEN, INC.,
BORG WARNER INDUSTRIAL PRODUCTS,
   a/k/a BW/IP INTERNATIONAL,
BUFFALO PUMPS, INC.,
BURNHAM, LLC,
   Individually, and as successor to
   BURNHAM CORPORATION,
BW/IP INTERNATIONAL, INC.,
   f/k/a BORG WARNER INDUSTRIAL PRODUCTS
   successor to BYRON JACKSON PUMPS,
CARRIER CORPORATION,
   Individually, and as successor in interest to
   BRYANT HEATING & COOLING SYSTEMS,
CBS CORPORATION, a Delaware Corporation,
   f/k/a VIACOM INC. successor by merger to CBS
   CORPORATION, a Pennsylvania Corporation,
   f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
CENTRAL HUDSON GAS & ELECTRIC,
CERTAIN TEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CONSOLIDATED EDISON COMPANY
   OF NEW YORK, INC.,
COURTER & COMPANY INCORPORATED,
CRANE CO.,
CRANE COMPANY,
   Individually and as successor to
   Mark Controls Corporation and as
   successor to Pacific Valves,
CRANE PUMPS & SYSTEMS, INC., WEINMAN DIVISION,

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

CRANE PUMPS & SYSTEMS, INC.,
    as successor to BURKS PUMPS, INC.,
CROLL REYNOLDS ENGINEERING CO., INC.,
DB RILEY, INC.,
DUNHAM-BUSH, INC.,
DURABLA MANUFACTURING COMPANY,
EASTERN REFRACTORIES COMPANY, INC.,
ECOLAIRE INCORPORATED,
ELLIOTT TURBOMACHINERY CO., INC.,
EMPIRE-ACE INSULATION MFG. CORP.,
FAIRBANKS-MORSE PUMP CORPORATION,
FEDERAL PUMP CORPORATION,
FOSTER WHEELER, L.L.C.,
GARDNER DENVER, INC.,
GARLOCK SEALING TECHNOLOGIES LLC,
    f/k/a GARLOCK INC.,
GENERAL ELECTRIC COMPANY,
GENERAL MOTORS CORPORATION,
GOODYEAR CANADA, INC.,
GOODYEAR TIRE AND RUBBER COMPANY,
GOULDS PUMPS, INC.,
H.B. FULLER COMPANY,
H.B. SMITH COMPANY, INCORPORATED,
HEXION SPECIALTY CHEMICALS, INC.,
    individually and a successor-on-interest to
    THE BORDEN'S CONDENSED MILK COMPANY,
    THE BORDEN COMPANY, BORDEN, INC. and
    BORDEN CHEMICAL, INC.,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
INTERNATIONAL BUSINESS MACHINES CORPORATION,
ITT INDUSTRIES INC.,
J.H. FRANCE REFRACTORIES COMPANY,
KARNAK CORPORATION,
KENNEDY VALVE MANUFACTURING Co., Inc.,
MILTON ROY COMPANY,
MINNESOTA MINING & MANUFACTURING COMPANY,
OAKFABCO, INC.,
ORANGE & ROCKLAND UTILITIES, INC.,
OWENS-ILLINOIS, INC.,
PATTERSON PUMP COMPANY,
PEERLESS INDUSTRIES, INC.,
PREMIER REFRACTORIES, INC.,
    f/k/a ADIENCE, INC., f/k/a BMI,
RAPID-AMERICAN CORPORATION,
RESEARCH CORPORATION,
RESEARCH-COTTRELL, INC.,
REXNORD CORPORATION,
    Individually, and as succesor to FALK CORPORATION,
REYNOLDS METALS COMPANY,
    Individually and as successor in interest to
  ATLANTIC ASBESTOS CORP.,
ROBERT A. KEASBEY COMPANY,
SEQUOIA VENTURES, INC.,

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

f/k/a BECHTEL CORPORATION,
THE FAIRBANKS COMPANY,
TREADWELL CORPORATION,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
UNITED CONVEYOR CORPORATION,
VIAD CORP., Individually, and as successor in interest to
   GRISCOM RUSSEL CO.,
WARREN PUMPS, INC.,
WEIL-MCLAIN,
   a division of THE MARLEY COMPANY,

                                    Defendants.

-------------------------------------------------------------------------X

Plaintiff(s), ANGELO DEMERI and DORIS DEMERI, by their attorneys WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned alleges as follows:

1.      Plaintiff(s), ANGELO DEMERI and DORIS DEMERI, by their attorneys, WEITZ & LUXENBERG, P.C., for their **verified complaint** respectfully alleges:

2.      Defendant AQUA-CHEM, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

3.      Defendant AQUA-CHEM, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

4.      Defendant AURORA PUMP COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

5.      Defendant AURORA PUMP COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

6.      Defendant BEAZER EAST, INC., f/k/a KOPPERS INDUSTRIES, was and still is a duly organized domestic corporation doing business in the State of New York.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

7.    Defendant BEAZER EAST, INC., f/k/a KOPPERS INDUSTRIES, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

8.    Defendant BELL & GOSSETT COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

9.    Defendant BELL & GOSSETT COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

10.    Defendant BORDEN CHEMICAL, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

11.    Defendant BORDEN CHEMICAL, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

12.    Defendant BORDEN, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

13.    Defendant BORDEN, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

14.    Defendant BORG WARNER INDUSTRIAL PRODUCTS, a/k/a BW/IP INTERNATIONAL, was and still is a duly organized domestic corporation doing business in the State of New York.

15.    Defendant BORG WARNER INDUSTRIAL PRODUCTS, a/k/a BW/IP INTERNATIONAL, was and still is a duly organized foreign corporation doing business and/or

transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

16.     Defendant BUFFALO PUMPS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

17.     Defendant BUFFALO PUMPS, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

18.     Defendant BW/IP INTERNATIONAL, INC., f/k/a BORG WARNER INDUSTRIAL PRODUCTS successor to BYRON JACKSON PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

19.     Defendant BW/IP INTERNATIONAL, INC., f/k/a BORG WARNER INDUSTRIAL PRODUCTS successor to BYRON JACKSON PUMPS, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

20.     Defendant CARRIER CORPORATION, Individually, and as successor in interest to BRYANT HEATING & COOLING SYSTEMS, was and still is a duly organized domestic corporation doing business in the State of New York.

21.     Defendant CARRIER CORPORATION, Individually, and as successor in interest to BRYANT HEATING & COOLING SYSTEMS, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

22.     Defendant CENTRAL HUDSON GAS & ELECTRIC, was and still is a duly organized domestic corporation doing business in the State of New York.

23.     Defendant CENTRAL HUDSON GAS & ELECTRIC, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of

New York and/or should have expected its acts to have consequences within the State of New York.

24.     Defendant CRANE COMPANY, Individually and as successor to Mark Controls Corporation and as successor to Pacific Valves, was and still is a duly organized domestic corporation doing business in the State of New York.

25.     Defendant CRANE COMPANY, Individually and as successor to Mark Controls Corporation and as successor to Pacific Valves, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

26.     Defendant CRANE PUMPS & SYSTEMS, INC., WEINMAN DIVISION, was and still is a duly organized domestic corporation doing business in the State of New York.

27.     Defendant CRANE PUMPS & SYSTEMS, INC., as successor to BURKS PUMPS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

28.     Defendant CROLL REYNOLDS ENGINEERING CO., INC., was and still is a duly organized domestic corporation doing business in the State of New York.

29.     Defendant CROLL REYNOLDS ENGINEERING CO., INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

30.     Defendant DUNHAM-BUSH, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

31.     Defendant DUNHAM-BUSH, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

32.     Defendant ECOLAIRE INCORPORATED, was and still is a duly organized domestic corporation doing business in the State of New York.

33.     Defendant ECOLAIRE INCORPORATED, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

34.     Defendant ELLIOTT TURBOMACHINERY CO., INC., was and still is a duly organized domestic corporation doing business in the State of New York.

35.     Defendant ELLIOTT TURBOMACHINERY CO., INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

36.     Defendant FAIRBANKS-MORSE PUMP CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

37.     Defendant FAIRBANKS-MORSE PUMP CORPORATION, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

38.     Defendant FEDERAL PUMP CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

39.     Defendant FEDERAL PUMP CORPORATION, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

40.     Defendant GARDNER DENVER, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

41.    Defendant GARDNER DENVER, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

42.    Defendant H.B. SMITH COMPANY, INCORPORATED, was and still is a duly organized domestic corporation doing business in the State of New York.

43.    Defendant H.B. SMITH COMPANY, INCORPORATED, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

44.    Defendant HEXION SPECIALTY CHEMICALS, INC., individually and a successor-on-interest to THE BORDEN'S CONDENSED MILK COMPANY, THE BORDEN COMPANY, BORDEN, INC. and BORDEN CHEMICAL, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

45.    Defendant HEXION SPECIALTY CHEMICALS, INC., individually and a successor-on-interest to THE BORDEN'S CONDENSED MILK COMPANY, THE BORDEN COMPANY, BORDEN, INC. and BORDEN CHEMICAL, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

46.    Defendant IMO INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

47.    Defendant IMO INDUSTRIES, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

48.     Defendant INTERNATIONAL BUSINESS MACHINES CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

49.     Defendant INTERNATIONAL BUSINESS MACHINES CORPORATION, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

50.     Defendant ITT INDUSTRIES INC., was and still is a duly organized domestic corporation doing business in the State of New York.

51.     Defendant ITT INDUSTRIES INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

52.     Defendant KARNAK CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

53.     Defendant KARNAK CORPORATION, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

54.     Defendant KENNEDY VALVE MANUFACTURING Co., Inc., was and still is a duly organized domestic corporation doing business in the State of New York.

55.     Defendant KENNEDY VALVE MANUFACTURING Co., Inc., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

56.     Defendant MILTON ROY COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

57.    Defendant MILTON ROY COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

58.    Defendant ORANGE & ROCKLAND UTILITIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

59.    Defendant ORANGE & ROCKLAND UTILITIES, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

60.    Defendant RESEARCH CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

61.    Defendant RESEARCH CORPORATION, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

62.    Defendant RESEARCH-COTTRELL, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

63.    Defendant RESEARCH-COTTRELL, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

64.    Defendant REXNORD CORPORATION, Individually, and as succesor to FALK CORPORATION , was and still is a duly organized domestic corporation doing business in the State of New York.

65.    Defendant REXNORD CORPORATION, Individually, and as succesor to FALK CORPORATION , was and still is a duly organized foreign corporation doing business

and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

66.    Defendant THE FAIRBANKS COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

67.    Defendant THE FAIRBANKS COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

68.    Defendant VIAD CORP., Individually, and as successor in interest to GRISCOM RUSSEL CO., was and still is a duly organized domestic corporation doing business in the State of New York.

69.    Defendant VIAD CORP., Individually, and as successor in interest to GRISCOM RUSSEL CO., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

70.    Defendant WARREN PUMPS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

71.    Defendant WARREN PUMPS, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.


Plaintiff(s), ANGELO DEMERI and DORIS DEMERI,   repeats and realleges   NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7  as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

Dated: *September 24, 2007*
      New York, New York

                                    Yours, etc.,

                                    WEITZ & LUXENBERG, P.C

                                    Attorneys for Plaintiff(s)
                                    180 Maiden Lane
                                    New York, NY  10038
                                    (212) 558-5500

STATE OF NEW YORK        )

COUNTY OF NEW YORK  )      SS:

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the plaintiff(s) in the within action; deponent has read the foregoing **summons and verified complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.  This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: September 24, 2007
     New York, New York

DAVID A. CHANDLER

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

Index No.: 112888-07

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

ANGELO DEMERI and DORIS DEMERI,

Plaintiff(s),

-against-

A.W. CHESTERTON COMPANY, et. al.,

Defendants.

## SUMMONS and COMPLAINT

**WEITZ & LUXENBERG, P.C.**
Attorneys for PLAINTIFFS
180 Maiden Lane
New York, NY 10038
212-558-5500

To
Attorney(s) for

Service of a copy of the within
is hereby admitted.
Dated, September 24, 2007

**Attorney(s) for**