UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Angelo Demeri and Doris Demeri,
**Plaintiff**

-v-

FOSTER WHEELER, LLC, ET AL.

**Defendant**

Case No.

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for FOSTER WHEELER, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Foster Wheeler, LLC is a publicly held entity. Foster Wheeler, LLC has no parent corporation and no publicly held corporation holds more than 10% percent of its stock.

Date: October 23, 2007

**Signature of Attorney**
Michael A. Tanenbaum
**Attorney Bar Code:**

Form Rule7_1.pdf